UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVIER BAUTISTA,<br><br>        Plaintiff,<br><br> -against-<br><br>TAP AIR PORTUGAL,<br><br>        Defendant. | Case No. 1:24-cv-00503 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  On February 7, 2025, Plaintiff moved to re-open this case, which had previously been dismissed on August 9, 2024, for failure to prosecute. Dkt. 25; *see* Dkt. 22. Defendant is directed to provide its response, if any, by February 20, 2025. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: February 11, 2025
    New York, New York

                  SO ORDERED.

                  *Jennifer Rochon*
                  JENNIFER L. ROCHON
                  United States District Judge

1